**DIAMOND MCCARTHY LLP**
Andrew B. Ryan, Esq. *(pro hac vice)*
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
*Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond,*
*Chapter 11 Trustee for Howrey LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>Debtor. | **No. C-13-02700 SBA**<br><br>Bankruptcy Case: 11-31376 DM<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE APPELLEE'S ANSWERING BRIEF** |

The Court having read and considered the *Stipulation to Extend Time to File Appellee's Answering Brief* filed on August 16, 2013 (the "Stipulation") and good cause appearing therefor;

IT IS HEREBY ORDERED that the Stipulation is approved as an order of the Court.

#427865v1

1    IT IS SO ORDERED.
2
3  Dated:  August 16, 2013
                                                  _____
4                                                  SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26