Alan R. Wechsler (Bar No. 213701)
**HAYNES AND BOONE, LLP**
18100 Von Karman Avenue, Suite 750
Irvine, CA 92612
T: (949) 202-3000 | F: (949) 202-3001
alan.wechsler@haynesboone.com

Robin Phelan (Appearance *pro hac vice*)
Scott Everett (Appearance *pro hac vice*)
Jeremy Kernodle (Appearance *pro hac vice*)
Stephen J. Manz (Appearance *pro hac vice*)
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX  75219
T: (214) 651-5000 | F: (214) 651-5940
robin.phelan@haynesboone.com
scott.everett@haynesboone.com
jeremy.kernodle@haynesboone.com
stephen.manz@hayesboone.com

*Attorneys for Movant/Appellant Haynes and Boone, LLP*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>Debtor. | **No. C-13-02700 SBA**<br><br>Bankruptcy Case:  11-31376 DM<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF** |

The Court having read and considered the *Stipulation to Extend Time to File Appellant's Reply Brief* filed on September 3, 2013 (the "Stipulation") and good cause appearing therefor;

1  IT IS HEREBY ORDERED that the Stipulation is approved as an order of the
2  Court.

Dated: 9/5/2013

_____
Saundra Brown Armstrong
U.S. District Judge